Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: | Case No: 25-30178-MVL-13 |
| REGINALD DEMONSE THOMAS | Hearing Date: 3/27/2025 |
| Debtor | |

## Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held on 3/27/2025. **Pre-hearing conferences will be held by phone and email the week of 3/27/2025.** Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney **n later than 4:00 P. M.** on 03/26/2025.

Any objection to the Pleadings not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court on 3/27/2025 by Webex beginning at 2:00 P.M..

You may access the Webex Hearings at the following:
**Judge Everett - https://us-courts.webex.com/meet/everett**
**Access Webex instructions at**
**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates**

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

| | |
|---|---|
| Debtor: | REGINALD DEMONSE THOMAS, 325 BITTERROOT CT, FORNEY, TX  75126 |
| Attorney: | LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX  75231 |
| Court: | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242 |
| Trustee: | TRUSTEE'S OFFICE, 105 DECKER CT, SUITE #1150, IRVING, TEXAS 75062 |

By: /s/ Thomas D. Powers
_____
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

Debtor: REGINALD DEMONSE THOMAS, 325 BITTERROOT CT, FORNEY, TX 75126
Attorney: LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX 75231**
Creditors: ACIMA, 13907 MINUTE MAN DR 5TH FL, DRAPER, UT 84020-9870
AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108
ASPIRE, PO BOX 105555, ATLANTA, GA 30348
ATLAS, 300 COVENTRY RD, KENSINGTON, CA 94707-1214
ATTORNEY GENERAL OF TEXAS, 1600 PACIFIC, STE 700, DALLAS, TX 75201**
ATTORNEY GENERAL OF TEXAS, 400 S ZANG, STE 1100, DALLAS, TX 75208**
CACI, ATTN BANKRUPTCY, 500 NORTHWEST PLAZA, FLORISSANT, MO 63074
CAPITAL ONE AUTO FINANCE, 7933 PRESTON ROAD, PLANO, TX 75024
CAPITAL ONE BANK, PO BOX 30285, SALT LAKE CITY, UT 84130**
CARDWORKS/CW NEXUS, PO BOX 9201, OLD BETHPAGE, NY 11804
CONNS HOMEPLUS, ATTN BANKRUPTCY, 2445 TECHNOLOGY FOREST BLVD BLDG 4 STE 800, THE WOODLANDS, TX 77381-5259**
CONTINENTAL FINANCE CO, ATTN BANKRUPTCY, 4550 LINDEN HILL RD STE 4, WILMINGTON, DE 19808
CONTINENTAL FINANCE COMPANY, ATTN BANKRUPTCY, PO BOX 3220, BUFFALO, NY 14240-3220
COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207**
CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193**
ESUSU FINANCIAL, 215 W 125TH ST, STE 410, NEW YORK, NY 10027-4426
ESUSU INC, ATTN ESUSU, 200 BROADWAY 3RD FLOOR, SUITE 209, NEW YORK, NY 10038-2595
FIG LOANS, 2245 TEXAS DR STE 300, SUGAR LAND, TX 77479**
FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107**
INTEGRA CREDIT, ATTN BANKRUPTCY, 120 S LASALLE ST STE 1600, CHICAGO, IL 60603-3402
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317**
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346**
JEFFERSON CAPITAL SYSTEMS, 200 14TH AVE E, SARTELL, MN 56377-4500
LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON, GA 30014
LINEBARGER GOGGAN BLAIR AND SAMPSON, 3500 MAPLE AVE, SUITE 800, DALLAS, TX 75219
MARINER FINANCE, 8211 TOWN CENTER DR, NOTTINGHAM, MD 21236
MIDLAND CREDIT MANAGEMENT, PO BOX 939069, SAN DIEGO, CA 62193-9069**
NEBRASKA FURNITURE MART, NEBRASKA FURNITURE MART TEXAS, 5600 NEBRASKA FURNITURE MART DR, DEPT 08444, THE COLONY, TX 75056
NEBRASKA FURNITURE MART, PO BOX 2335, OMAHA, NE 68103
ONEMAIN FINANCIAL, ATTN BANKRUPTCY, PO BOX 142, EVANSVILLE, IN 47701-0142
PORTFOLIO RECOVERY ASSOCIATES, BY PRA RECEIVABLES MANAGEMENT, PO BOX 41067, NORFOLK, VA 23541**
PORTFOLIO RECOVERY, 120 CORPORATE BLVD, STE 100, NORFOLK, VA 23502**
QUANTUM3 GROUP LLC, PO BOX 788, KIRKLAND, WA 98083-0788**
RISE CREDIT, PO BOX 101808, FORT WORTH, TX 76185**
SNAP FINANCE, 136 E SOUTH TEMPLE STE 2420, SALT LAKE CITY, UT 84111
STATE COMPTROLLER, REVENUE ACCOUNTING DIV BANKRUP, PO BOX 13528, AUSTIN, TX 78711**
TEXAN CREDIT, PO BOX 130, TIMPSON, TX 75975
TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711-3127**
TEXAS WORKFORCE COMMISSION, TEC BUILDING- BANKRUPTCY, 101 EAST 15TH ST, AUSTIN, TX 78778**
THE BANK OF MISSOURI, PO BOX 4499, BEAVERTON, OR 97076
UPGRADE INC, 2 N CENTRAL AVE 10TH FLOOR, PHOENIX, AZ 85004
UPGRADE, 275 BATTERY ST, 23RD FLOOR, SAN FRANCISCO, CA 94111
UPLIFT INC, 2 N CENTRAL AVE FL 10, PHOENIX, AZ 85004-2322
UPLIFT, 440 N WOLFE RD, SUNNYVALE, CA 94085-3869
UPSTART, PO BOX 1503, SAN CARLOS, CA 94070
US DEPT OF JUSTICE, 10 AND CONSTITUTION AVE NW, WASHINGTON, DC 20530
WESTLAKE PORTFOLIO MGMT, ATTN BANKRUPTCY, PO BOX 76809, LOS ANGELES, CA 90076-0809**

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 3**
**Case # 25-30178-MVL-13**
**REGINALD DEMONSE THOMAS**

\*\* Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

## Indicates address was identified by the USPS National Change of Address system as undeliverable and returned to the Trustees office. Notices will no longer be delivered to this address. The debtor's attorney or pro se debtor was advised that the specific notice was undeliverable.

Dated: 02/06/2025

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700